11-11137:5.0:Application to Proceed In Forma Pauperis:Main Document Entered: 3/17/2011 2:19:27 PM by:Amilany Jauregui Page 3 of 3
B3B (Official Form 3B) (12/07)-- Cont.

# United States Bankruptcy Court
## Northern District of Illinois

In re  Liza Isabel Oliva _____
                                        Debtor(s)

Case No.  11-11137
Chapter  7

## ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee", the court orders that the application be:

☐ GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

☑ DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$74⁷⁵ on or before 5/27/11

$74⁷⁵ on or before 6/15/11

$74⁷⁵ on or before 6/30/11

$74⁷⁵ on or before 7/14/11

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

☐ SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on ___ at ___.m. at ___. (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE:  MAY 1 3 2011

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:                                    )

Liza Isabel Oliva,                        )        Case No. 11 B 11137

                                          )

                    Debtor(s).            )

FILED
MAY 16 2011
John H. Squires Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT

## CERTIFICATE OF MAILING

I, Josephine Green, hereby certify that on May 16, 2011, I caused to be served via First Class Mail copies of the attached <u>Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee</u> to:

Liza Isabel Oliva
972 Terrace Lake Drive
Aurora, IL 60504

Gina B Krol
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602

By: _Josephine Green_
     Josephine Green
     Relief Courtroom Deputy